

The Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW**
**DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Martha Nimmer
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

October 6, 2023

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *S.B. v. N.Y.C. Dep't of Education*, 23-cv-3961 (PAE)(KHP)

Dear Judge Engelmayer:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

I write to respectfully request that the October 11, 2023 initial conference be adjourned *sine die*, and that the parties be permitted to submit a joint status letter regarding settlement by November 28, 2023.  Plaintiff consents to this request.  This is the first request to adjourn the initial conference *sine die*.  Defendant makes this request to preserve the Court's resources, as Defendant has fully valued this case.

Accordingly, Defendant requests that the initial conference be adjourned *sine die,* and that the parties be allowed to submit a joint status letter by November 28, 2023.

Thank you for considering these requests.

Respectfully submitted,

1

/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

cc:    Kevin Mendillo, Esq. (via ECF)

GRANTED.  The Court adjourns *sine die* the initial pretrial conference
scheduled for October 11, 2023.  The Court orders the parties to submit a
joint status letter by November 28, 2023.

SO ORDERED.

Dated: October 6, 2023
        New York, New York

PAUL A. ENGELMAYER
United States District Judge

2