**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
S.B., individually and on behalf of T.B., a child
with a disability,

                        Plaintiff,                      23 **CIVIL** 3961 (PAE)

        -against-                              **JUDGMENT**
                                                          **For Attorney's Fees and Costs**
NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated April 2, 2024, the Court has granted in part and denied in part S.B.'s motion for attorneys' fees. S.B. is awarded $19,454.38 in fees and costs, plus post-judgment interest at the applicable statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
          April 2, 2024

                                                                **RUBY J. KRAJICK**
                                                                  _____
                                                                     **Clerk of Court**

                                        **BY:**    *K. Mango*
                                                                _____
                                                                     **Deputy Clerk**